THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTHA VAN IDERSTINE, Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

*Appeal — certiorari to review decision of board of appeals of city of New York — appeal without permission to Court of Appeals dismissed.*

*People ex rel. Van Iderstine* v. *Walsh,* 208 App. Div. 740, appeal dismissed.

(Argued October 2, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 29, 1924, which affirmed an order of Special Term confirming on certiorari a decision of the board of appeals of the city of New York in sustaining the bureau of buildings of the borough of Brooklyn and denying an appeal therefrom in a proceeding to permit the extension in area of an existing garage in a business district in the borough of Brooklyn, city of New York.

*Henry F. Cochrane* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.